UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LILLIE CARTER,

                Plaintiff,                      Case No.  07 CV11183

     -against-                             Judge John G. Koeltl

UNITED STATES OF AMERICA and
ABRAHAM CONTRERAS,

                Defendants.
----------------------------------------------------------X

### AFFIDAVITS OF SERVICE OF:

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Verified Complaint
4. Individual Practices of Judge John G. Koeltl
5. USDC/SDNY Instructions for Filing an Electronic Case or Appeal
6. USDC/SDNY Procedures for Electronic Case Filing
7. USDC/SDNY Guidelines for Electronic Case Filing

Index No. 07 CV 11183

Lillie Carter

*Plaintiff (s)* ~~Petitioner (s)~~

*Filed*

against

United States of America, et ano.

Index No.

*Defendant (s) /* ~~Respondent (s)~~

STATE OF NEW YORK, COUNTY OF NASSAU ss:

Yoler Jean-Baptiste being duly sworn, deposes and says that he is over the age of 18 years, not a party to the action, and resides in the State of New York.

On Dec. 27, 2007 at 2:13 P.M.

at 86 Chambers Street, New York, NY-3rd fl.
Individual Practices of Judge John G. Koeltl, *

he served the

upon United States of America, one of the
c/o Michael Garcia, Esq., U.S. Attorney,
Southern District of New York

☒ defendantS  (hereinafter
☐ respondent  called      therein named
☐ witness     the recipient))

*USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing

in this action, by delivering to and leaving with  Calvin Coleman/authorized agent

a true copy thereof.

Deponent further says, that he knew the recipient so served as aforesaid to be the recipient mentioned whose approximate description is as follows:

| Sex | Color | Hair | | Approximate Age | Height | Weight |
|---|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☒ Black Skin | ☒ Brown Hair | ☒ Balding | ☒ 21-35 Yrs. | ☐ 5'0" - 5'3" | ☐ 100 - 130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4" - 5'8" | ☐ 131 - 160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9" - 6'0" | ☒ 161 - 200 Lbs. |
| | ☐ Tan Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

☒ Papers served had endorsed thereon index no. and date of filing

WITNESS FEES
☐ $ _____ the authorizing traveling expenses and one days' witness fee:
☐ was paid *(tendered)* to the recipient
☐ was mailed to the witness with subpoena copy.

Sworn to before me on
Dec. 31, 2007

ILENE BRODY
Notary Public, State of New York
No. 30-4843428
Qualified in Nassau County
Commission Expires February 28, 2010

Yoler Jean-Baptiste   License No. 1139306

papers served had endorsed thereon index # & date of filing

Index No 07 CV 11183
Attorney:

File No:

United States District Court: Southern District of New York
xx County xx of:

_____

Lillie Carter,

plaintiff/~~petitioner~~

vs

defendant/~~respondent~~

United States of America, et ano.

_____

STATE OF NEW YORK, COUNTY OF NASSAU           SS:

Yoler Jean-Baptiste              , being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York, and is not a party to this action.

That on the 27 day of Dec., 2007 at 1:23 PM          , at the office of the Secretary of State of the State of New York, in New York, New York, he served the Individual Practices of Judge John G. Koeltl, USDC/SDNY Instructions for filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guideline for Electronic Case Filing upon, Abraham Contreras, defendant/~~respondent~~

in this action, by delivering to and leaving with Deborah Jackson, Description: female, black skin, brown, black hair, 45 years of age, 5'8", 150 lbs.

xx) A Clerk in the office of the Secretary of State of the State of New York, one (1) copy thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $10.00. That said service was made pursuant to Section 253, Vehicle and Traffic Law. An additional copy of said papers was mailed to the
defendant/~~respondent~~ at its' last known address by certified/~~registered~~ mail, return receipt requested to:

Abraham Contreras
9340 Hillary Drive, apt. 4305
San Diego, CA 92126

on the 31st day of Dec., 2007     , together with notice thereof, certified/~~registered~~ mail no. 7006 3450 0002 1310 4804

Deponent further says that he knew the person as aforesaid to be the Clerk in the office of Secrectary of State of the State of New York, duly authorized to accept such service of behalf of said
defendant./~~respondent~~.

Sworn to before me on the
31st day of Dec., 2007  ILENE BRODY
Notary Public, State of New York
No 30-4343128
Qualified in Nassau County
Commission Expires February 28, 2010

Yoler Jean-Baptiste-1139306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LILLIE CARTER,

               Plaintiff,                   Case No. 07 CV11183

    -against-                           Judge John G. Koeltl

UNITED STATES OF AMERICA and
ABRAHAM CONTRERAS,

               Defendants.
------------------------------------------------------------X

**STATE OF NEW YORK)**
        : ss.:
**COUNTY OF QUEENS )**

      **CATHLEEN LIMBERG**, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides at Queens, New York.

      On December 19, 2007, deponent served the following documents:

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Verified Complaint
4. Individual Practices of Judge John G. Koeltl
5. USDC/SDNY Instructions for Filing an Electronic Case or Appeal
6. USDC/SDNY Procedures for Electronic Case Filing
7. USDC/SDNY Guidelines for Electronic Case Filing

upon the Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and the Department of the Navy, Office of the Judge Advocate, Tort Claims Unit Norfolk, 9620 Maryland Avenue, Suite 100, Norfolk, VA 23511-2989, Attn: Anthony Johnson, the addresses designated for that purpose by depositing a true copy of same enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED (See Return Receipt Cards Attached).

                                                                _____
                                                                 CATHLEEN LIMBERG

Sworn to before me this 16th
    day of Jan, 2008
_____
Notary Public

              JOANN EVERS
      Notary Public, State of New York
           No. 01EV4988644
       Qualified in Queens County
  Commission Expires November 12, 2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 2 6 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave.
Washington, DC 20530

(Carter)

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0000 6198 4238

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C.N.S.   1-14-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Dept. of the Navy
Office of the Judge Advocate
Tort Claims Unit Norfolk
9620 Maryland Avenue
Suite 100
Norfolk, VA 23511-2989
Attn: Anthony Johnson

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0000 6198 4320

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LILLIE CARTER,

               Plaintiff,                                       Case No. 07 CV11183

      -against-                                           Judge John G. Koeltl

UNITED STATES OF AMERICA and
ABRAHAM CONTRERAS,

               Defendants.
-----------------------------------------------------------X

### AFFIDAVITS OF SERVICE OF:

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Verified Complaint
4. Individual Practices of Judge John G. Koeltl
5. USDC/SDNY Instructions for Filing an Electronic Case or Appeal
6. USDC/SDNY Procedures for Electronic Case Filing
7. USDC/SDNY Guidelines for Electronic Case Filing

Index No. 07 CV 11183

Lillie Carter

*Plaintiff (s)* ~~Petitioner (s)~~

*against*

United States of America, et ano.

Index No.

*Defendant (s) /* ~~Respondent (s)~~

STATE OF NEW YORK, COUNTY OF NASSAU  ss.:

Yoler Jean-Baptiste being duly sworn, deposes and says that he is over the age of 18 years, not a party to the action, and resides in the State of New York.

on Dec. 27, 2007 at 2:13 P.M.

at 86 Chambers Street, New York, NY-3rd fl.
Individual Practices of Judge John G. Koeltl, *

he served the

upon United States of America, one of the
c/o Michael Garcia, Esq., U.S. Attorney,
Southern District of New York

☒ defendantS   (hereinafter
☐ respondent    called     therein named
☐ witness      the recipient)

*USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing

in this action, by delivering to and leaving with  Calvin Coleman/authorized agent

a true copy thereof.

Deponent further says, that he knew the recipient so served as aforesaid to be the recipient mentioned whose approximate description is as follows:

| Sex | Color | Hair | Approximate: Age | Height | Weight |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☒ Black Skin | ☒ Brown Hair | ☒ Balding | ☒ 21-35 Yrs. | ☐ 5'0" - 5'3" | ☐ 100 - 130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4" - 5'8" | ☐ 131 - 160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9" - 6'0" | ☒ 161 - 200 Lbs. |
| | ☐ Tan Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

☒ Papers served had endorsed thereon index no. and date of filing

WITNESS FEES
☐ $          the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

Sworn to before me on
Dec. 31, 2007

ILENE BRODY
Notary Public, State of New York
No. 30-4843428
Qualified in Nassau County
Commission Expires February 28, 2010

Yoler Jean-Baptiste    License No. 1139306

papers served had endorsed
thereon index # & date of
filing

Index No 07 CV 11183
Attorney:
File No:

United States District  Court:  Southern District
xx~~County~~ of:            of New York

Lillie Carter,

plaintiff/~~petitioner~~

vs

defendant/~~respondent~~

United States of America, et ano.

STATE OF NEW YORK, COUNTY OF NASSAU    SS:

Yoler Jean-Baptiste      , being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York, and is not a party to this action.

That on the 27 day of Dec., 2007 at 1:23 PM   , at the office of the Secretary of State of the State of New York, in New York, New York, he served the Individual Practices of Judge John G. Koeltl, USDC/SDNY Instructions for filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guideline for Electronic Case Filing upon, Abraham Contreras, defendant/~~respondent~~

in this action, by delivering to and leaving with Deborah Jackson, Description: female, black skin, brown, black hair, 45 years of age, 5'8", 150 lbs.

xx) A Clerk in the office of the Secretary of State of the State of New York, one (1) copy thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $10.00. That said service was made pursuant to Section 253, Vehicle and Traffic Law. An additional copy of said papers was mailed to the
defendant/~~respondent~~ at its' last known address by certified/~~registered~~ mail, return receipt requested to:

Abraham Contreras
9340 Hillary Drive, apt. 4305
San Diego, CA 92126

on the 31st day of Dec., 2007    , together with notice thereof, certified/~~registered~~ mail no. 7006 3450 0002 1310 4804

Deponent further says that he knew the person as aforesaid to be the Clerk in the office of Secrectary of State of the State of New York, duly authorized to accept such service of behalf of said
defendant./~~respondent~~.

Sworn to before me on the
31st day of Dec., 2007  ILENE BRODY
Notary Public, State of New York
No. 30-4343128
Qualified in Nassau County
Commission Expires February 28, 2010

Yoler Jean-Baptiste-1139306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LILLIE CARTER,

                Plaintiff,                        Case No. 07 CV11183

  -against-                                     Judge John G. Koeltl

UNITED STATES OF AMERICA and
ABRAHAM CONTRERAS,

                Defendants.
------------------------------------------------------------X

**STATE OF NEW YORK)**
       : ss.:
**COUNTY OF QUEENS )**

      **CATHLEEN LIMBERG**, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides at Queens, New York.

      On December 19, 2007, deponent served the following documents:

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Verified Complaint
4. Individual Practices of Judge John G. Koeltl
5. USDC/SDNY Instructions for Filing an Electronic Case or Appeal
6. USDC/SDNY Procedures for Electronic Case Filing
7. USDC/SDNY Guidelines for Electronic Case Filing

upon the Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and the Department of the Navy, Office of the Judge Advocate, Tort Claims Unit Norfolk, 9620 Maryland Avenue, Suite 100, Norfolk, VA 23511-2989, Attn: Anthony Johnson, the addresses designated for that purpose by depositing a true copy of same enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED (See Return Receipt Cards Attached).

                                                        **CATHLEEN LIMBERG**

Sworn to before me this 16th
     day of Jan, 2008
_____
   Notary Public

                JOANN EVERS
        Notary Public, State of New York
             No. 01EV4988644
          Qualified in Queens County
     Commission Expires November 12, 2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave.
Washington, DC 20530

(Carter)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Duffy_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 2 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0000 6198 4238

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. of the Navy
Office of the Judge Advocate
Tort Claims Unit Norfolk
9620 Maryland Avenue
Suite 100
Norfolk, VA 23511-2989
Attn: Anthony Johnson

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C.N.S.                          1-14-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0000 6198 4320

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540