UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LILLIE CARTER,                                              :
                                                            :
                Plaintiff,                        :       **ECF CASE**
                                                            :
        v.                                                 :
                                                            :       07 Civ. 11183 (JGK)
UNITED STATES OF AMERICA, et al.                            :
                                                            :
                Defendants.                       :       <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 25, 2008

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                By:    /s/_____
                                                  DAVID BOBER
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2718
                                                  Facsimile: (212) 637-2786
                                                  Email: david.bober@usdoj.gov

To:    Harry I. Katz, P.C.
         61-25 Utopia Parkway
         Fresh Meadows, New York 11365