U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

RECEIVED
FEB 25 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

*86 Chambers Street*
*New York, New York 10007*

February 25, 2008

VIA FACSIMILE
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

*Application granted.  Time to respond extended to 3/26/08. Pre-Trial Conf. adjourned to April 4, 2008 at 2:30 P.M.*

Re:    Carter v. United States of America, et al.
       07 Civ. 11183 (JGK)

*SO Ordered.
2/25/08   JGK  U.S.D.J.*

Dear Judge Koeltl:

   I write respectfully on behalf of the Government to request a thirty-day extension of time, from February 25, 2008, to March 26, 2008, in which to respond to the complaint in the above-referenced matter. I am awaiting receipt of a litigation report from the Department of the Navy, which, apparently, is the federal agency that is alleged to have owned or operated the vehicle that caused plaintiff's injuries. There was considerable delay in the initial processing of this Office's request for a litigation report because the complaint named the United States as a defendant and did not identify any particular federal agency.

   This is the Government's first request for an extension. An initial pre-trial conference has been scheduled for March 31, 2008, at 4:30 p.m. I have attempted to obtain plaintiff's attorney's consent to this extension but have been unable to reach her.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                           By:     _____
                                   DAVID BOBER
                                   Assistant United States Attorney
                                   (212) 637-2718

cc:    Victoria L. Weinman, Esq. (via facsimile)