USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/11/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

Lillie Carter

          Plaintiff(s)

     - against -

USA

          Defendant(s)
- - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ. 11183 (GK) (HBP)

IT IS HEREBY STIPULATED by the undersigned:

       1.   All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

       2.   Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

MICHAEL J GARCIA
US ATTORNEY

B:

_____          _____
Attorney(s) for Plaintiff(s)       Attorney(s) for Defendant(s)
Address 61-25 Utopia Pkwy          Address 86 Chambers St 3d Floor
Telephone Fresh Meadow NY          Telephone 212 637 2718
(718) 463-3700          11365

_____          _____
Attorney(s) for _____          Attorney(s) for _____
Address                            Address
Telephone                          Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P. 73(b)).

SO ORDERED.


_____
                                   U.S.D.J.

Magistrate Judge _____ was assigned this case on _____ 19_____

_____
For: Clerk U.S.D.C. S.D.N.Y.