**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LILLIE CARTER,                              :
                                            :       **ECF CASE**
                    Plaintiff,              :
                                            :
        v.                                  :       **STIPULATION AND PROPOSED**
                                            :       **ORDER OF PARTIAL DISMISSAL**
UNITED STATES OF AMERICA, ABRAHAM           :
CONTRERAS,                                  :       07 Civ. 11183 (HBP)
                                            :
                    Defendants.             :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lillie Carter and Defendants the United States of America and Abraham Contreras, by and through their respective counsel:

    1. Pursuant to 28 U.S.C. § 2679(b)(1) and Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Abraham Contreras are dismissed with prejudice and without costs or attorneys' fees to any party;

    2. All future pleadings and papers filed in this action shall reflect the following amended caption: "Lillie Carter, Plaintiff, v. United States of America, Defendant."

Dated: New York, New York  
      May __, 2008

HARRY I. KATZ, P.C.  
Attorney for Plaintiff

By: _____  
~~Victoria L. Weinman,~~ Esq. *Harry I. Katz, Esq.*  
61-25 Utopia Parkway  
Fresh Meadows, NY 11365  
(718) 463-3700

Dated: New York, New York  
      ~~May __, 2008~~  
      June 16, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York

By: _____  
DAVID BOBER  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, NY 10007  
(212) 637-2718

SO ORDERED.

Dated: New York, New York  
      ~~May __, 2008~~  
      June 27, 2008

_____  
Hon. Henry B. Pitman  
United States Magistrate Judge

2