

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 24, 2008

VIA FACSIMILE
Hon. Henry Pitman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-08

Re: Carter v. United States of America,
07 Civ. 11183 (HBP)

Dear Judge Pitman:

I write respectfully on behalf of the Government to request an extension of approximately forty-five days of the discovery deadline in the above-referenced case. The current discovery deadline, which was set by Judge Koeltl at the initial pre-trial conference in April, is July 25, 2008. This case involves a motor vehicle accident in which the plaintiff, Lillie Carter, alleges that she was a pedestrian who was injured after being struck by a vehicle driven by a recruiter for the United States Marine Corps. The Government has taken the deposition of the plaintiff, and plaintiff's counsel has taken the deposition of the driver of the vehicle. The parties have also served document requests and interrogatories and begun to exchange documents. I request the extension of time primarily because (a) at the deposition of the driver it was revealed that there may have been two eyewitnesses to the accident, whom the Government is attempting to locate, and (b) the Government has not yet received responses to a number of subpoenas it has served, including subpoenas to plaintiff's employer and the hospital at which she was treated.

This is the Government's first request for an extension. Harry Katz, counsel for the plaintiff, consents to this request. I thank the Court for its consideration of this matter.

APPLICATION GRANTED

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-25-08

By: _____
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc: Harry Katz, Esq. (via pdf email attachment)

TOTAL P.02